UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **MONICA M. GALLEGOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., Deceased minor,** §§§§§ | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 2:24-cv-000050-AM |
| § | |
| **JUAN MALDONADO,** *et al* § | |
| *Defendants.* § | |

## ORDER

ON THIS, the day of signing, came to be considered the Unopposed Motion of Pedro "Pete" Arredondo for an Extension of the Deadline to File His Answer or Other Responsive Pleading to Plaintiff's Original Complaint. The Court, having considered the unopposed motion and any responses thereto, finds that it should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the Unopposed Motion of Pedro "Pete" Arredondo for an Extension of the Deadline to File His Answer or Other Responsive Pleading is **GRANTED** and that Defendant Pedro "Pete" Arredondo shall have until **July 21, 2024,** in which to file his Response to Plaintiff's Original Complaint.

Signed this _____ day of _____ 2024.

_____
CHIEF UNITED STATES
DISTRICT JUDGE