AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

MONICA M. GALLEGOS Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor,

*Plaintiff(s)*

v.

JUAN MALDONADO, ET. AL.

Civil Action No. 2:24-cv-00050-AM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Motorola Solutions, Inc.
by serving its registered agent,
C T Corporation System, at 208 So Lasalle Street, Suite 814, Chicago, Illinois 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sylvan S. Lang, Jr.
LANG LAW FIRM, P.C.
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 05/23/2024

5/29/24
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00050-AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOTOROLA SOLUTIONS, INC. BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM was received by me on *(date)* May 30, 2024, 2:57 pm.

- [ ] I personally served the summons on the individual at *(place)* 208 S LA SALLE ST #814, CHICAGO, IL 60604 on *(date)* June 5, 2024 @ 1:21 PM; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

- [ ] I returned the summons unexecuted because: _____; or

- [ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: June 5, 2024

_____
Server's signature

Mike Noble
_____
Printed name and title

1706 NORTHFIELD SQ, NORTHFIELD, IL 60093-3316
_____
Server's address

Additional information regarding attempted service, etc.: