# UNITED STATES DISTRICT COURT
for the
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| MONICA M. GALLEGOS INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY AND AS REPRESENTATIVE OF THE ESTATE OF A.G.R., DECEASED MINOR <br> *Plaintiff* | ) ) ) ) ) |
| v. | ) ) Civil Action No. 2:24-CV-00050-AM |
| JUAN MALDONADO, ET. AL. <br> *Defendant* | ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT BY DELIVERING TO UCISD SUPERINTENDENT ASHLEY CHOHLIS AND OR/ THROUGH UCISD BOARD OF TRUSTEES PRESIDENT, CALVIN LAMBERT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lang Law Firm, P.C. , Evangelina Sanabia , 11550 W INTERSTATE 10 SUITE 273 , SAN ANTONIO, TX 78230-1032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00050-AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT BY DELIVERING TO UCISD SUPERINTENDENT ASHLEY CHOHLIS AND OR/ THROUGH UCISD BOARD OF TRUSTEES PRESIDENT, CALVIN LAMBERT</u> was received by me on *(date)* <u>May 30, 2024, 2:57 pm</u>.

[X] I personally served the summons on the individual at *(place)* <u>1000 NORTH GETTY STREET, UVALDE, TX 78801</u> on *(date)* <u>June 04 2024 @ 4:26 PM</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: June 5, 2024

*Server's signature*

Justin Fonseca   PSC:16960/Exp:06-30-2025
*Printed name and title*

162 CR 7712 Devine, TX. 78016
*Server's address*

Additional information regarding attempted service, etc.: