UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| MONICA M. GALLEGOS, Individually as § <br> Wrongful Death Beneficiary and as § <br> Representative of the Estate of A.G.R., § <br> Deceased minor, § <br>     *Plaintiff,* § <br> § <br> v. § <br> § <br> JUAN MALDONADO, *et al* § <br>     *Defendants.* § | Civil Action No. 2:24-cv-000050-AM |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE CHIEF JUDGE OF SAID COURT:

  Notice is hereby given that the undersigned attorney, CHRISTOPHER D. LIVINGSTON, of the law firm of Fanning Harper Martinson Brandt & Kutchin, P.C. enters his Notice of Appearance in this matter as co-counsel for Defendant Pedro "Pete" Arredondo and for the purpose of receiving Notices and Orders from the Court.

            Respectfully submitted,

            */s/Christopher D. Livingston*
            **THOMAS P. BRANDT**
            State Bar No. 02883500
            tbrandt@fhmbk.com
            **LAURA O'LEARY**
            State Bar No. 24072262
            loloeary@fhmbk.com
            **CHRISTOPHER D. LIVINGSTON**
            State Bar No. 24007559
            clivingston@fhmbk.com
            **CHRISTOPHER T. BRANDT**
            State Bar No. 24095984
            cbrandt@fhmbk.com

            **FANNING HARPER MARTINSON**
            **BRANDT & KUTCHIN**

A Professional Corporation
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT**
**PEDRO "PETE" ARREDONDO**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 12th day of June, 2024.

/s/ *Christopher D. Livingston*
**CHRISTOPHER D. LIVINGSTON**