UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| MONICA M. GALLEGOS, Individually as | § | |
| Wrongful Death Beneficiary and as | § | |
| Representative of the Estate of A.G.R., | § | |
| Deceased minor, | § | |
|           *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:24-cv-000050-AM |
| | § | |
| JUAN MALDONADO, *et al* | § | |
|           *Defendants*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE CHIEF JUDGE OF SAID COURT:

    Notice is hereby given that the undersigned attorney, LAURA O'LEARY, of the law firm of Fanning Harper Martinson Brandt & Kutchin, P.C. enters her Notice of Appearance in this matter as co-counsel for Defendant Pedro "Pete" Arredondo and for the purpose of receiving Notices and Orders from the Court.

    Respectfully submitted,

*/s/ Laura O'Leary*
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**LAURA O'LEARY**
State Bar No. 24072262
loloeary@fhmbk.com
**CHRISTOPHER D. LIVINGSTON**
State Bar No. 24007559
clivingston@fhmbk.com
**CHRISTOPHER T. BRANDT**
State Bar No. 24095984
cbrandt@fhmbk.com

**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**

A Professional Corporation
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT
PEDRO "PETE" ARREDONDO**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 12th day of June, 2024.

                              /s/ *Laura O'Leary*
                              **LAURA O'LEARY**