**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

F I L E D

JUN 1 2 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| **MONICA GALLEGOS,** *individually as* *wrongful deal beneficiary and as* *representative of the Estate of A.G.R.,* *deceased minor,* §§§§§ | **Civil No. DR-24-CV-0050-AM** |
| **Plaintiff,** §§ | |
| **v.** §§ | |
| **JUAN MALDONADO,** *et al.,* § | |
| **Defendants.** | |

**ORDER**

The Court has received several documents filed by the Plaintiff that purport to be executed summonses. (ECF No. 5–14.) However, the filed documents are not valid summonses. Rather than the documents issued by the Clerk, (ECF No. 3), they appear to be creations of the Plaintiff's counsel. Therefore, service of process in this case is invalid. The Plaintiff is ORDERED to re-serve all Defendants with the proper summonses issued by the Clerk.

Because process was not properly accomplished in this action, the Defendants' obligation to answer is not yet triggered. Thus, the unopposed Motion for Extension of Time to Answer, (ECF No. 4), is DENIED AS MOOT.

SIGNED and ENTERED on this 12th day of June 2024.

_____
ALIA MOSES
Chief United States District Judge