AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MONICA M. GALLEGOS Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, <br><br> *Plaintiff(s)* <br> v. <br><br> JUAN MALDONADO, ET. AL. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:24-cv-00050-AM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Richard Bogdanski
129 Shady Terrace Ln
Rockport, TX 78382-7977
or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sylvan S. Lang, Jr.
LANG LAW FIRM, P.C.
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:      05/23/2024                                     _____   5/29/24
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00050-AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                *Server's signature*

                               _____
                                *Printed name and title*


                               _____
                                *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Del Rio Division - Western District of Texas

Case Number: 2:24-CV-00050-AM

Plaintiff: **MONICA M. GALLEGOS Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor**

vs.

Defendant: **JUAN MALDONADO, an individual;CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual LUKE WILLIAMS, an individual;CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84;MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; and MOTOROLA SOLUTIONS INC**

For:
Sylvan S. Lang Jr.
Lang Law Firm PC
11550 IH 10 West Suite 273
San Antonio, TX 78230

Received by Keith Bulsterbaum on the 30th day of May, 2024 at 4:55 pm to be served on **Richard Bogdanski, 129 Shady Terracy Ln, Rockport, Aransas County, TX 78382.**

I, Keith Bulsterbaum, being duly sworn, depose and say that on the **31st day of May, 2024 at 1:00 pm, I:**

**INDIVIDUALLY and PERSONALLY Executed**, by delivering a true copy of the **.Summons and Complaint** with the date of service endorsed thereon by me, to **Richard Bogdanski** in person at the Abode address of **129 Shady Terracy Ln, Rockport, Aransas County, TX 78382,**.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Caucasian, Height: 5'7", Weight: 165, Hair: Dark Brown, Glasses: Y

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF ___Texas___

Subscribed and Sworn to before me on
the _31_ day of _Nov_ ,_2024_
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

J. SHEEHAN
Notary Public, State of Texas
Comm. Expires 09-15-2026
Notary ID 128387994

_____
**Keith Bulsterbaum**
PSC-18577 Exp: 9/30/2024

**Empire Courier & Private Process**
430 Fresno
San Antonio, TX 78212
(210) 834-1809

Our Job Serial Number: ALN-2024004389

