UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **MONICA M. GALLEGOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor,** | § § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Cause No.  2:24-cv-00050-AM** |
| **JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; and MOTOROLA SOLUTIONS, INC.,** | § § § § § § § § § § § § § § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

TO:   UNITED STATES DISTRICT JUDGE ALIA MOSES,
        THE CLERK OF COURT, AND ALL COUNSEL OF RECORD

COMES NOW, the undersigned attorney, Meagan M. Gillette, to hereby notify the Court

of her appearance as additional counsel for the Plaintiff, Monica M. Gallegos, Individually as

Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, and

requests that all further communications from the Court and other counsel with respect to this matter also be forwarded to the undersigned:

Meagan M. Gillette
Texas Bar No. 24050659
meagan@langfirm.com
LANG LAW FIRM, P.C.
Northwest Atrium
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230
Telephone: (210) 479-8899
Fax: (210) 479-0099

DATE: June 13, 2024                    Respectfully submitted,

                                       LANG LAW FIRM, P.C.
                                       Northwest Atrium
                                       11550 IH-10 West, Ste. 273
                                       San Antonio, Texas 78230
                                       Telephone: (210) 479-8899
                                       Fax: (210) 479-0099

                                       By:    /s/ MEAGAN M. GILLETTE
                                              SYLVAN S. LANG, JR.
                                              State Bar No. 11898700
                                              Email: sylvan@langfirm.com
                                              MEAGAN M. GILLETTE
                                              State Bar No. 24050659
                                              Email:  meagan@langfirm.com
                                              BRIAN M. DENNIS
                                              State Bar No. 24039970
                                              Email: brian@langfirm.com

                                       FIDEL RODRIGUEZ, JR
                                       State Bar No. 17145500
                                       Email: fidel@fidrodlaw.com
                                       FIDEL RODRIGUEZ III
                                       State Bar No. 24081924
                                       Email:  tres@fidrodlaw.com
                                       NADINE G. RODRIGUEZ
                                       State Bar No. 24096572
                                       Email: nadine@fidrodlaw.com
                                       RODRIGUEZ TRIAL LAW
                                       231 W. Cypress St.
                                       San Antonio, Texas 78212

Telephone: (210) 777-5555
Fax: (210) 224-0533

ROGELIO M. MUÑOZ
State Bar No. 24044409
Email:  roy@swtexaslaw.com
THE MUÑOZ LAW FIRM
231 S. Getty St.
Uvalde, Texas 78801
Telephone: (830) 278 1150
Fax: (830) 278 1559

**ATTORNEYS FOR MONICA M.
GALLEGOS, INDIVIDUALLY AS
WRONGFUL DEATH BENEFICIARY
AND AS REPRESENTATIVE OF THE
ESTATE OF A.G.R., DECEASED MINOR**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record by using the Court's CM/ECF system on this the 13th day of June, 2024.

/S/ MEAGAN M. GILLETTE
MEAGAN M. GILLETTE