**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **MONICA M. GALLEGOS, Individually as** | § | |
| **Wrongful Death Beneficiary and as** | § | |
| **Representative of the Estate of A.G.R.,** | § | |
| **deceased minor,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Cause No.  2:24-cv-00050-AM** |
| **JUAN MALDONADO, an individual;** | § | |
| **CRIMSON ELIZONDO, an individual;** | § | |
| **RICHARD BOGDANSKI, an individual;** | § | |
| **LUKE WILLIAMS, an individual;** | § | |
| **CHRISTOPHER KINDELL, an individual;** | § | |
| **JOEL BETANCOURT, an individual;** | § | |
| **VICTOR ESCALON, an individual;** | § | |
| **TEXAS DEPARTMENT OF PUBLIC** | § | |
| **SAFETY DOES 1 through 84;** | § | |
| **MANDY GUTIERREZ, an individual;** | § | |
| **UVALDE CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT;** | § | |
| **PEDRO "PETE" ARREDONDO, an** | § | |
| **individual;** | § | |
| **ADRIAN GONZALES, an individual;** | § | |
| **JESUS "JJ" SUAREZ, an individual; and** | § | |
| **MOTOROLA SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

---

### NOTICE OF APPEARANCE

---

TO:   UNITED STATES DISTRICT JUDGE ALIA MOSES,
        THE CLERK OF COURT, AND ALL COUNSEL OF RECORD

        COMES NOW, the undersigned attorney, Brian M. Dennis, to hereby notify the Court of

her appearance as additional counsel for the Plaintiff, Monica M. Gallegos, Individually as

Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, and

requests that all further communications from the Court and other counsel with respect to this matter also be forwarded to the undersigned:

Brian M. Dennis
Texas Bar No. 24039970
brian@langfirm.com
LANG LAW FIRM, P.C.
Northwest Atrium
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230
Telephone: (210) 479-8899
Fax: (210) 479-0099

DATE: <u>June 13, 2024</u>                         Respectfully submitted,

         LANG LAW FIRM, P.C.
         Northwest Atrium
         11550 IH-10 West, Ste. 273
         San Antonio, Texas 78230
         Telephone: (210) 479-8899
         Fax: (210) 479-0099

         By:   /s/ BRIAN M. DENNIS
            SYLVAN S. LANG, JR.
            State Bar No. 11898700
            Email: sylvan@langfirm.com
            MEAGAN M. GILLETTE
            State Bar No. 24050659
            Email:  meagan@langfirm.com
            BRIAN M. DENNIS
            State Bar No. 24039970
            Email: brian@langfirm.com

         FIDEL RODRIGUEZ, JR
         State Bar No. 17145500
         Email: fidel@fidrodlaw.com
         FIDEL RODRIGUEZ III
         State Bar No. 24081924
         Email:  tres@fidrodlaw.com
         NADINE G. RODRIGUEZ
         State Bar No. 24096572
         Email: nadine@fidrodlaw.com
         RODRIGUEZ TRIAL LAW
         231 W. Cypress St.
         San Antonio, Texas 78212

Telephone: (210) 777-5555
Fax: (210) 224-0533

ROGELIO M. MUÑOZ
State Bar No. 24044409
Email:  roy@swtexaslaw.com
THE MUÑOZ LAW FIRM
231 S. Getty St.
Uvalde, Texas 78801
Telephone: (830) 278 1150
Fax: (830) 278 1559

**ATTORNEYS FOR MONICA M.
GALLEGOS, INDIVIDUALLY AS
WRONGFUL DEATH BENEFICIARY
AND AS REPRESENTATIVE OF THE
ESTATE OF A.G.R., DECEASED MINOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record by using the Court's CM/ECF system on this the 13th day of June, 2024.

/S/ BRIAN M. DENNIS
BRIAN M. DENNIS