# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| **MONICA M. GALLEGOS, Individually as** | § | |
| **Wrongful Death Beneficiary and as** | § | |
| **Representative of the Estate of A.G.R.,** | § | |
| **deceased minor,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Cause No.  2:24-cv-00050-AM** |
| **JUAN MALDONADO, an individual;** | § | |
| **CRIMSON ELIZONDO, an individual;** | § | |
| **RICHARD BOGDANSKI, an individual;** | § | |
| **LUKE WILLIAMS, an individual;** | § | |
| **CHRISTOPHER KINDELL, an individual;** | § | |
| **JOEL BETANCOURT, an individual;** | § | |
| **VICTOR ESCALON, an individual;** | § | |
| **TEXAS DEPARTMENT OF PUBLIC** | § | |
| **SAFETY DOES 1 through 84;** | § | |
| **MANDY GUTIERREZ, an individual;** | § | |
| **UVALDE CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT;** | § | |
| **PEDRO "PETE" ARREDONDO, an** | § | |
| **individual;** | § | |
| **ADRIAN GONZALES, an individual;** | § | |
| **JESUS "JJ" SUAREZ, an individual; and** | § | |
| **MOTOROLA SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF CO COUNSEL

TO:   UNITED STATES DISTRICT JUDGE ALIA MOSES,
      THE CLERK OF COURT, AND ALL COUNSEL OF RECORD

COMES NOW, the undersigned attorney, Fidel Rodriguez Jr., to hereby notify the Court

of his appearance as additional counsel for the Plaintiff, Monica M. Gallegos, Individually as

Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, and

requests that all further communications from the Court and other counsel with respect to this matter also be forwarded to the undersigned:

Fidel Rodriguez, Jr.
Texas Bar No. 17145500
fidel@fidrodlaw.com
RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, Texas 78212
Telephone: (210) 777-5555
Fax: (210) 224-0533

DATE: <u>June 14, 2024</u>

Respectfully submitted,
RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, Texas 78212
Telephone: (210) 777-5555
Fax: (210) 224-0533

By:    <u>/s/ FIDEL RODRIGUEZ, JR.</u>
FIDEL RODRIGUEZ, JR
State Bar No. 17145500
Email: <u>fidel@fidrodlaw.com</u>

FIDEL RODRIGUEZ, JR
State Bar No. 17145500
Email: fidel@fidrodlaw.com
FIDEL RODRIGUEZ III
State Bar No. 24081924
Email:  tres@fidrodlaw.com
NADINE G. RODRIGUEZ
State Bar No. 24096572
Email: nadine@fidrodlaw.com
RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, Texas 78212
Telephone: (210) 777-5555
Fax: (210) 224-0533

ROGELIO M. MUÑOZ
State Bar No. 24044409

Email:  roy@swtexaslaw.com
THE MUÑOZ LAW FIRM
231 S. Getty St.
Uvalde, Texas 78801
Telephone: (830) 278 1150
Fax: (830) 278 1559

**ATTORNEYS FOR MONICA M.
GALLEGOS, INDIVIDUALLY AS
WRONGFUL DEATH BENEFICIARY
AND AS REPRESENTATIVE OF THE
ESTATE OF A.G.R., DECEASED MINOR**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record by using the Court's CM/ECF system on this the 14th day of June, 2024.

<u>/S/ FIDEL RODRIGUEZ JR.</u>
FIDEL RODRIGUEZ JR.