## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| **MONICA M. GALLEGOS, individually** | § | |
| **As Wrongful Death Beneficiary and as** | § | |
| **Representative of the Estate of A.G.R.,** | § | |
| **deceased minor,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **C.A. NO.: 2:24-CV-00050-AM** |
| | § | |
| **JUAN MALDONADO, an individual;** | § | |
| **CRIMSON ELIZONDO, an individual;** | § | |
| **RICHARD BOGDANSKI, an individual;** | § | |
| **LUKE WILLIAMS, an individual;** | § | |
| **CHRISTOPHER KINDELL, an** | § | |
| **individual; JOEL BETANCOURT,** | § | |
| **an individual; VICTOR ESCALON,** | § | |
| **an individual; TEXAS DEPARTMENT** | § | |
| **OF PUBLIC SAFETY DOES 1 through** | § | |
| **84; MANDY GUTIERREZ, an** | § | |
| **individual; UVALDE CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT;** | § | |
| **PEDRO "PETE" ARREDONDO, an** | § | |
| **individual; ADRIAN GONZALES, an** | § | |
| **individual; JESUS "JJ" SUAREZ, an** | § | |
| **individual; and MOTOROLA** | § | |
| **SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Clay T. Grover of the law firm of Rogers, Morris & Grover,

L.L.P., appears as counsel for Mandy Gutierrez.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____

CLAY T. GROVER
Attorney-in-Charge
State Bar No. 08550280
Fed. I.D. No. 15064
cgrover@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:    713/960-6025

ATTORNEY FOR MANDY GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____

Attorney for Mandy Gutierrez