# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| MONICA M. GALLEGOS, individually As Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, <br><br> **Plaintiffs,** <br><br> v. <br><br> JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; and MOTOROLA SOLUTIONS, INC., <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | C.A. NO.: 2:24-CV-00050-AM |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that, in addition to Clay T. Grover, Amy Demmler of the law firm of Rogers, Morris & Grover, L.L.P., appears as counsel for Defendant Mandy Gutierrez. Clay T. Grover remains attorney-in-charge.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____
CLAY T. GROVER
Attorney-in-Charge
State Bar No. 08550280
Fed. I.D. No. 15064
cgrover@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:    713/960-6025

ATTORNEY FOR MANDY GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Mandy Gutierrez