IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| MONICA M. GALLEGOS, individually As Wrongful Death Beneficiary and as Representative of the Estate of A.G.R., deceased minor, | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | C.A. NO.: 2:24-CV-00050-AM |
| JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; and MOTOROLA SOLUTIONS, INC., | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant Mandy Gutierrez's Motion to Dismiss Pursuant to Rules 12(b)(1) and (6). Upon consideration of the Motion, it is the opinion of this Court that Ms. Gutierrez's Motion should be **GRANTED**.

2

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and Plaintiffs' claims against Ms. Gutierrez are dismissed with prejudice.

SIGNED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE